# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**OAK RIVER INSURANCE COMPANY**                           **PLAINTIFF**

vs.                            **CIVIL ACTION NO. 3:08cv177-DPJ-JCS**

**HENNESSEY, THAMES & LEAVITT INSURANCE**
**AGENCY, INC., et al.**                                             **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the joint *ore tenus* motion of Plaintiff and Defendants to dismiss, with prejudice, Plaintiff's claims against Defendants. The Court, having considered the motion, being advised that the parties have entered into a settlement agreement and release regarding Plaintiff's claims, and being otherwise fully advised in the premises, is of the opinion that the instant motion is well-taken and should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2009.

                                                      s/ *Daniel P. Jordan III*
                                                      UNITED STATES DISTRICT JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

s/ Joseph Anthony Sclafani
Christopher A. Shapley, Esq. (MSB No. 6733)
Joseph Anthony Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
*Counsel for Plaintiff*


s/ Randall E. Day, III
Randall E. Day, III, Esq. (MSB No. 9722)
Copeland, Cook, Taylor & Bush
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS 39157
Post Office Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
*Counsel for Defendants*